# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re ) 
**David M. Howell, III** ) 
)
) Case No.
)
Debtor(s). )
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:   **June 26, 2018**                           /s/ **David M. Howell, III**
                                                                          Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Modesto Division**
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 7/15/14)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

CAHP Credit Union
2843 Manlove Road
P.O. Box 276507
Sacramento, CA 95827-6507


Capital One Bank (USA), N.A.
P.O. Box 30281
Salt Lake City, UT 84130-0281


Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873


Discover Bank
Discover Products Inc.
P.O. Box 3025
New Albany, OH 43054-3025


Discovery Financial Services
9707 NE 54th St., Suite A
Vancouver, WA 98662


Good Sam/Comenity Capital
P.O. Box 182120
Columbus, OH 43218-2120


JC Penney/Synchrony Bank
P.O. Box 965009
Orlando, FL 32896-5009


Les Schwab Tire Centers
P.O. Box 5350
Bend, OR 97708


Midland Credit Management, Inc.
2365 Northside Drive, Suite 300
San Diego, CA 92108


Moira Doherty
P.O. Box 2104
Rancho Cordova, CA 95741


Target Card Services
P.O. Box 660170
Dallas, TX 75266-0170

```
David M. Howell, III

CAHP Credit Union
2843 Manlove Road
P.O. Box 276507
Sacramento, CA 95827-6507

Capital One Bank (USA), N.A.
P.O. Box 30281
Salt Lake City, UT 84130-0281

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Discover Bank
Discover Products Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Discovery Financial Services
9707 NE 54th St., Suite A
Vancouver, WA 98662

Good Sam/Comenity Capital
P.O. Box 182120
Columbus, OH 43218-2120

JC Penney/Synchrony Bank
P.O. Box 965009
Orlando, FL 32896-5009

Les Schwab Tire Centers
P.O. Box 5350
Bend, OR 97708

Midland Credit Management, Inc.
2365 Northside Drive, Suite 300
San Diego, CA 92108

Moira Doherty
P.O. Box 2104
Rancho Cordova, CA 95741

Target Card Services
P.O. Box 660170
Dallas, TX 75266-0170
```